IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICKOLAS J. ANDRADE,                            No. CIV S-11-3055-CMK-P

       Petitioner,

  vs.                                                                ORDER

WARDEN, DVI,

       Respondent.

_____/

       Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed.  The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case.

       Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge to this case and to update the docket to reflect the new case number.

DATED:  December 2, 2011

                                                                                                                 CRAIG M. KELLISON
                                                                                                     UNITED STATES MAGISTRATE JUDGE